IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIDEOLABS, INC. and<br>VL COLLECTIVE IP LLC.,<br><br>        Plaintiffs,<br><br>   v.<br><br>ROKU, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 23-1136 (JHS)<br>)<br>)<br>)<br>) |

## **ORDER**

**AND NOW**, upon consideration of the Joint Stipulation of Voluntary Dismissal With Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (Doc. No. 43), it is **ORDERED** that the above-captioned case is **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Clerk of Court shall close this case for statistical purposes. Each party shall bear its own costs, expenses, and attorneys' fees.

| | |
|---|---|
| FARNAN LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Michael J. Farnan* | */s/ Jennifer Ying* |
| Brian E. Farnan (#4089)<br>Michael J. Farnan (#5165)<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 777-0300<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>OF COUNSEL:<br><br>M. Elizabeth Day<br>Marc Belloli<br>Jerry D. Tice II<br>Aaron R. Hand<br>Hillary Bunsow<br>BUNSOW DE MORY LLP<br>701 El Camino Real<br>Redwood City, CA 94063<br>Tel.: (650) 351-7248<br>Fax: (415) 426-4744<br>eday@bdiplaw.com<br>mbelloli@bdiplaw.com<br>jtice@bdiplaw.com<br>ahand@bidplaw.com<br>hbunsow@bdiplaw.com<br><br>*Attorneys for Plaintiffs*<br>*VideoLabs, Inc. and VL Collective IP LLC*<br><br>December 26, 2024 | Jennifer Ying (#5550)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jying@morrisnichols.com<br><br>OF COUNSEL:<br><br>Paul E. Torchia<br>Laura Corbin<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>(212) 351-4000<br><br>S. Christopher Whittaker<br>GIBSON, DUNN & CRUTCHER LLP<br>3161 Michelson Drive, Suite 1200<br>Irvine, CA 92612-4412<br>(949) 451-3800<br><br>Jaysen S. Chung<br>GIBSON, DUNN & CRUTCHER LLP<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111-3715<br>(415) 393-8200<br><br>Nathan R. Curtis<br>GIBSON, DUNN & CRUTCHER LLP<br>2001 Ross Avenue, Suite 2100<br>Dallas, TX 75201-2923<br>(214) 698-3100<br><br>*Attorneys for Defendant Roku, Inc.* |

SO ORDERED this 26th day of December, 2024.

/s/ Joel H. Slomsky, J.
J. Joel H. Slomsky